PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-115 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | DATE: January 12, 2017 |
| FRANK HER, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on January 12, 2017. Trial is set to begin on July 24, 2017. The time period until July 24, 2017, has been previously excluded under Local Code T4.

2. By this stipulation, the parties now move to continue the status conference until March 30, 2017, at 9:30 a.m.

3. The parties agree and stipulate that the currently scheduled January status conference is unnecessary in light of the upcoming trial date and ongoing trial preparations. The parties wish to set a March status conference on the Court's calendar in case a resolution were to be reached prior to trial.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  January 9, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>Assistant United States Attorney |
| Dated:  January 9, 2017 | /s/ DANNY BRACE<br>DANNY BRACE<br>Counsel for Defendant<br>FRANK HER |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 10th day of January, 2017.

_____
Troy L. Nunley
United States District Judge