PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00115 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER |
| v. | |
| FRANK HER, | DATE: October 5, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 5, 2017.

2. By this stipulation, the parties now move to continue sentencing until December 14, 2017, at 9:30 a.m.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence, and preparing potential witnesses and exhibits for a sentencing hearing.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 3, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>Assistant United States Attorney |
| Dated: August 3, 2017 | /s/ DAN BRACE<br>DAN BRACE<br>Counsel for Defendant<br>FRANK HER |

**ORDER**

IT IS SO ORDERED this 15th day of August, 2017.

_____
Troy L. Nunley
United States District Judge