DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Frank Her

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-00115 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND FOR MODIFICATION OF SENTENCING SCHEDULE |
| vs. | |
| FRANK HER, | |
| Defendant | |

Plaintiff, United States of America, by and through its counsel of record, and the defendant FRANK HER, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 14, 2017 at 9:30 a.m.

2. By this stipulation, the defendant now moves to continue defendant's sentencing to January 11, 2018, at 9:30 a.m., and to exclude time between December 14, 2017 and January 11, 2018 under Local Code T4. Plaintiff and Probation does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Due to other trials and other commitments, defense counsel and the probation officer Lynda Moore have been unable to timely schedule Mr. Her's probation interview. The interview is now scheduled for November 3, 2017, which is after the date the Proposed

STIP AND ORDER FOR CONTINUANCE - 1

Presentence Report is due.

b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government and probation does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case.

4. The parties stipulate and approve the following sentencing schedule changes:

The Proposed Presentence Report shall be due November 30, 2017.

Defendant's Informal Objection to the Presentence Report shall be due December 14, 2017.

The final Presentence Report shall be filed with the Court on December 21, 2017.

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than December 28, 2017;

Reply, or Statement of Non-Opposition, January 4, 2018; and,

Judgment and Sentencing Date, January 11, 2018.

Respectfully submitted,

Date: 10-24-17                By: /s/ Danny D. Brace, Jr.,
                              DANNY D. BRACE, JR.,
                              Attorney for
                              Frank Her

Date:  10-24-17                                By:/s/Matthew Yelovich
                                               Authorized to sign for Mr. Yelovich
                                               On October 24, 2017
                                               Matthew Yelovich
                                               Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  October 26, 2017

_____
Troy L. Nunley
United States District Judge