DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Frank Her

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK HER,<br><br>Defendant | Case No.: 2:15-CR-00115 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND FOR MODIFICATION OF SENTENCING SCHEDULE |

Plaintiff, United States of America, by and through its counsel of record, and the defendant FRANK HER, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 11, 2018 at 9:30 a.m.

2. By this stipulation, the defendant now moves to continue defendant's sentencing to March 15, 2018, at 9:30 a.m., and to exclude time between January 11, 2018 and March 15, 2018 under Local Code T4. Plaintiff and Probation does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Due to other trials and other commitments, defense counsel has not had time to meet with defendant to review the Proposed Presentence Report and discuss his objections, if any.

STIP AND ORDER FOR CONTINUANCE - 1

b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government and probation does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case.

4. The parties stipulate and approve the following sentencing schedule changes:

The Proposed Presentence Report has already been prepared. .

Defendant's Informal Objection to the Presentence Report shall be due February 15, 2018;

The final Presentence Report shall be filed with the Court on February 22, 2018;

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than March 1, 2018;

Reply, or Statement of Non-Opposition, March 8, 2018; and,

Judgment and Sentencing Date, March 15 2018.

Respectfully submitted,

Date: 12-27,17                  By: /s/ Danny D. Brace, Jr.,
DANNY D. BRACE, JR.,
Attorney for
Frank Her

Date: 12-27-17                 By:/s/Matthew Yelovich
Authorized to sign for Mr. Yelovich
On December 27, 2017
Matthew Yelovich
Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: December 27, 2017

_____
Troy L. Nunley
United States District Judge