DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Frank Her

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK HER,<br><br>Defendant | Case No.: 2:15-CR-00115 TLN<br><br>*AMENDED* STIPULATION TO CONTINUE JUDGMENT AND SENTENCING AND FOR MODIFICATION OF SENTENCING SCHEDULE |

Plaintiff, United States of America, by and through its counsel of record, and the defendant FRANK HER, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 15, 2018 at 9:30 a.m.

2. By this stipulation, the defendant now moves to continue defendant's sentencing to May 24, 2018, at 9:30 a.m., and to exclude time between March 15, 2018 and May 24, 2018 under Local Code T4. Plaintiff and Probation does not oppose this request. However, the Government will oppose any further continuances in this matter.

3. The parties agree and stipulate, and request that the Court find the following:

a. Due to other trials and other commitments, defense counsel has not had time to meet with defendant to review the Proposed Presentence Report and discuss his objections, if

STIP AND ORDER FOR CONTINUANCE - 1

any.

b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government and probation does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case.

4. The parties stipulate and approve the following sentencing schedule changes:

The Proposed Presentence Report has already been prepared. .

Defendant's Informal Objection to the Presentence Report shall be due April 26, 2018;

The final Presentence Report shall be filed with the Court on May 3, 2018;

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than May 10, 2018;

Reply, or Statement of Non-Opposition, May 17, 2018; and,

Judgment and Sentencing Date, May 24 2018.


Respectfully submitted,

Date: 2-26-18         By: /s/ Danny D. Brace, Jr.,
                          DANNY D. BRACE, JR.,
                          Attorney for
                          Frank Her

Date: 2-26-18         By:/s/Matthew Yelovich
                          Authorized to sign for Mr. Yelovich
                          On February 26, 2018
                          Matthew Yelovich
                          Assistant U.S. Attorney

**IT IS SO ORDERED:**

DATED: February 26, 2018

_____
Troy L. Nunley
United States District Judge