McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
ANDRÉ M. ESPINOSA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK HER, and<br>AMY HER,<br><br>    Defendants. | 2:15-CR-00115-TLN<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on October 25, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(b)(1), 1029(c)(1)(C)(2) and 28 U.S.C. § 2461(c), based upon the stipulation for Preliminary Order of Forfeiture entered into between plaintiff and defendant Amy Her forfeiting to the United States the following property:

    a.    See list of assets attached as Exhibit A, attached hereto and incorporated within.

AND WHEREAS, beginning on November 7, 2018, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

1

Final Order of Forfeiture

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. §§ 982(b)(1), 1029(c)(1)(C)(2) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interests of Frank Her and Amy Her.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of April, 2019.

_____
Troy L. Nunley
United States District Judge

| Item Description | Make | Model | SN |
|---|---|---|---|
| Toshiba Satellite Click 2 Pro | Toshiba | Satellite Click 2 Pro | P35W-B3220 |
| Vizio TV E601i-A3 | Vizio | TV | E601i-A3 |
| Samsung TV UN46H5203AF | Samsung | TV | UN46H5203AF |
| Samsung TV UN46EH5300F | Samsung | TV | UN46EH5300F |
| Samsung TV UN32EH5300F | Samsung | TV | UN32EH5300F |
| Beats by Dr Dre Solo HD | | Solo HD | |
| Samsung NP470R5E-K01UB Laptop | Samsung | NP470R5E-K01UB | JE8H91JD902859J |
| Canon EOS Rebel T5i Camera | Canon | EOS Rebel T5i | 102031005658 |
| Nikon D5200 DSLR Camera w/Lense | Nikon | D5200 | |
| Adressograph 2000 Card Imprinter/Embosser | Addressograph | 2000 | 2000163366 |
| Hypercom Model T4100 Pos Terminal | Hypercom | Model T4100 | 100007030665 |
| Western Digital Hard Drive | | | WMC1U9255806 |
| MiniMag Card Reader | | | IDMB-334102B |
| ASUS Padfone X Mini | | | 89014103277336418459 |
| Microsoft Xbox One | Microsoft | Xbox One | 72479640148 |
| ASUS Padfone | | | E9ATCY01V822 |
| Samsung Galaxy Camera | Samsung | Galaxy Camera | CN2F70084MD |
| Samsung Tablet | Samsung | Tablet | R52F602213X |
| Samsung Galaxy Tab 4 | Samsung | Galaxy Tab 4 | RF2DBONTQFY |
| Apple iPad Air 32GB VZW LTE | Apple | iPAD Air | DMPM37T7F4YJ |
| Apple iPad Air 32GB VZW LTE | Apple | iPAD Air | DMPMQAV7F4YJ |
| HP OfficeJet Pro 8630 | HP | OfficeJet Pro 8630 | CN4C3EK3JJ |
| Apple iPad | Apple | iPad | DMQMNDH4K14 |
| Microsoft Xbox One Controller | Microsoft | Xbox One Controller | 298004293345 |
| Toshiba Satellite Laptop | Toshiba | Satellite L55T-B5257W | YE282236C |
| Lenovo Essential G580 Laptop | Lenovo | Essntial G580 | CB21412437 |
| Apple iPad | Apple | iPad | DQVMT6PAFK14 |
| Gateway NE52224u Laptop | Gateway | NE52224u | NXY2ZAA0194140E56C6600 |
| Gateway NV510P04U Laptop | Gateway | NV510P04U | NXY4AAA0044112B0123400 |
| HP Envy TouchSmart M6-K-025DX Sleekbook | HP | Envy TouchSmart | CND3340DMP |
| MacBook Pro 13 Laptop | Apple | MacBook Pro 13 | CPWLQPT3DTY3 |
| HP LaserJet Pro 400 M451dn | HP | LaserJet Pro 400 | CNDF342987 |
| EasyIDea minilam 450-t laminator | EasyIDea | Minilam 450-t | |
| Enfield .38 Revolver Serial j6383 | Enfield | .38 Revolver | j6383 |
| HP Pavilion 14-b015dx Laptop | HP | Pavilion 14-b015dx | 5CD2386QDX |
| HP Color LaserJet Pro MFP M476nw | HP | LaserJet Pro MFP M476nw | CNB6GDY3BT |
| HP Mini 2102 Laptop | HP | Mini 2102 | CNF0185PCX |
| Epson Artisan 1430 Printer | Epson | Artisan 1430 | NAMY050600 |
| Dell Latitude D620 Laptop | | | CN-OTD761-139610665-C2FF |
| HP Compaq 6715B Laptop | HP | Compaq 6715B | CNU80400QV |
| MacBook Pro 15 Laptop | Apple | MacBook Pro 15 | W8735CXCX91 |
| Dell Studio Slim D540S | | | 5342JJ1 |
| Clover POS | Clover | | |
| HP Pavilion 17-f053US Laptop | HP | Pavilion 17-f053US | 5CD4424854 |
| TJ-90A Foil Stamping Machine | | TJ-90A | |
| Brother QL-710W Thermal Printer | Brother | QL-710W | |
| Card Reader ZCS100-IC | | | |